DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re:
    BILLY LYNN and DEANNA LYNN ARMS
    226 MARGIE DR
    WILLITS, CA 95490

    ###-##-6212  ###-##-9285
                Debtor(s).

Case No.: 10-1-0849 AJ13
Chapter 13

NOTICE BY DAVID BURCHARD, CHAPTER 13
TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES

**341 MEETING OF CREDITORS:**
Date:    04/20/2010
Time:    1:00 PM
Place:    Office of the United States Trustee
          777 Sonoma Ave., First Floor, #116
          Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:    05/17/2010
Time:    1:30 PM
Place:    United States Bankruptcy Court
          99 South E Street
          Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. The Trustee requests copies of Debtors' payment advices received in the last six months prior to the filing of the Bankruptcy (September 2009 through February 2010), or, in the alternative, a Debtors' declaration that details why pay advices cannot be provided.

2. Schedule A reflects the value of Debtors' real property located at 226 Margie Dr., Willits, California as $275,000.00. Trustee requests clarification of how Debtor arrived at this value.

3. Les Schwab Tire Center is listed on Schedule F as unsecured in the amount of $293.00, however, said creditor has filed a proof of claim in the amount of $293.11. The Trustee requests that Debtors' counsel amend the plan to provide for said secured claim, or, in the alternative, file an objection to said claim.

4. Paragraph 11 of the plan indicates the lien held by Bac Home Loans Servicing shall be voided. The Trustee requests that Debtors' Notice and Motion to Avoid Lien be filed and resolved prior to confirmation.

5. Schedule I reflects an income deductions of $140.83 and $95.33 a month for "T2SAFCOL" and "T2SAFREG". The Trustee requests clarification and verification of said income deductions.

6. Form B22C, lines 25B and 47 improperly list deductions for secured debts the Debtors' Plan seeks to avoid the lien. The Trustee requests an amended Form B22C that removes these deductions.

7. Schedule J lists an expense of $319.00 a month for "Alimony, maintenance, and support paid to others". The Trustee requests clarification and verification of said expense.

8. Schedule J line 1 reflects taxes are included in the $1,718.55 in the mortgage payment, however, line 12 lists "Property Tax" in the amount of $269.00 a month. The Trustee requests clarification or an amended Schedule J which deducts property taxes only once.

9. Schedule D reflects a secured debt of $5,172.00 to Mendocino County Tax Collector, however, said creditor has been omitted from Debtors' plan. The Trustee requests the appropriate documents be amended so they are accurate and consistent.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: March 30, 2010                                   DAVID BURCHARD
                                                         DAVID BURCHARD, Chapter 13 Trustee


Certificate of Mailing


I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

BILLY LYNN and DEANNA LYNN ARMS          DANIEL B. BECK
226 MARGIE DR                             BECK LAW, P.C.
WILLITS, CA 95490                         2681 CLEVELAND AVE.
                                          SANTA ROSA, CA 95403

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA   94104


Dated: March 30, 2010                                   DENIZ BRIDGMAN
                                                         DENIZ BRIDGMAN