1  Daniel B. Beck, SBN 63865
   Evan Livingstone, SBN 252008
2  Beck Law P.C.
   2681 Cleveland Avenue
3  Santa Rosa CA 95403
   Phone: 707-576-7175
4  Fax: 707-576-18782681

5  Attorneys for Debtors

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  In re:                                    Case No.    10-10849

11  Billy Lynn Arms and Deanna Lynn Arms       Chapter    13
                 Debtor(s)
12  _____/

13  NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO VALUE LIEN AT $0

14              AND AVOID LIEN UPON DISCHARGE

15     TO SECURED JUNIOR LIENHOLDER BANK OF AMERICA HOMES LOANS

16  SERVICING, LP, CHAPTER 13 TRUSTEE, AND ALL PARTIES IN INTEREST, AND TO

17  THEIR ATTORNEYS OF RECORD:

18          Take Notice – this is a Scream or Die Procedure. Debtor is giving you Notice that you

19  have an Opportunity for a hearing on Debtor's attached motion to value the lien you hold on

20  Debtor's real property at zero dollars ($0), and for an order that the Lien may not be enforced,

21  and for an order permanently stripping the Lien from Debtor's real property should Debtor

22  receive a Discharge upon completing her Chapter 13 plan payments.:

23          This scream or die procedure is prescribed by Local Rule 9014-1 of the United States

24  Bankruptcy Court for the Northern District of California. Under this procedure any objection to

Case: 10-10849   Doc# 30   Filed: 10/04/10   Entered: 10/04/10 13:00:45   Page 1 of 3

1   the requested relief, or a request for hearing on the matter, must be filed and served upon the

2   initiating party within 21 days of mailing of the notice;

3        A request for hearing or objection must be accompanied by any declarations or

4   memoranda of law the party objecting or requesting wishes to present in support of its position;

5        If you do not file a timely objection to the requested relief or a request for hearing, the

6   Court may enter an order granting the relief by default;

7        Debtor will give at least 10 days written notice of a hearing to the objecting or requesting

8   party, and to the trustee appointed in the case, in the event an objection or request for hearing is

9   timely.

10

11   Date: October 4, 2010        /s/ Dan Beck_____

                                Dan Beck

12                                 Attorney for Debtor

13

14

15

16

17

18

19

20

21

22

23

24

Evan Livingstone, SBN 252008
Attorney at Law
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                          Case No.      10-10849

Billy Lynn Arms and Deanna Lynn Arms            Chapter      13
          Debtor(s)
_____/

     I hereby certify that on October 4, 2010, a copy of above NOTICE OF HEARING ON

MOTION FOR ORDER VALUING LIEN OF SECURED CREDITOR AS $0 as well as a copy

of Debtor(s) MOTION TO VALUE LIEN OF SECURED CREDITOR AS $0, was served, to the

Chapter 13 Trustee, electronically and to the creditor listed below by <u>certified mail addressed to</u>

<u>an officer of the institution</u>.

          Brian Moynihan
          CEO and President
          BAC Home Loans Servicing, LP
          Mail Stop: CA6-913-LB-11
          1757 Tapo Canyon Road
          Simi Valley, CA 93063

Date: October 4, 2010          _____
                  Evan Livingstone