DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>   BILLY LYNN and DEANNA LYNN ARMS<br>   226 MARGIE DR<br>   WILLITS, CA 95490<br><br>   ###-##-6212  ###-##-9285<br>                       Debtor(s). | Case No.: 10-1-0849 AJ13<br>Chapter 13<br><br>*FOURTH AMENDED* NOTICE BY DAVID BURCHARD, CHAPTER 13  TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES<br><br>**CONFIRMATION HEARING:**<br>Date:     11/15/2010<br>Time:    1:30 PM<br>Place:    United States Bankruptcy Court<br>             99 South E Street<br>             Santa Rosa, CA   95404 |

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Paragraphs 2, 3 and 4 of the Debtor's amended plan proposes fixed monthly payments totaling $3,126.17 to be paid through the plan.  Debtor's monthly plan payments are $429.30 thus not allowing for the Trustee's $47.00 administrative fees.  The Trustee will be unable to administer this provision of the amended plan and requests that Debtor's counsel amend the plan.

2. At the 341 Meeting of Creditors. Mr.Arms stated that he has an ongoing Domestic Support Obligation, however, neither the amended plan nor schedules list any person to whom this pertains. The Trustee requests that Debtors' counsel amend the amended plan and provide treatment to said ongoing domestic support obligation.

3. The Debtors' amended plan does not meet the requirements of 11 U.S.C.§1325(d), as the amended plan payment is insufficient to pay all secured, priority and administrative claims, and therefore, the amended plan is not feasible.  The amended plan does not indicate pre-petition arrearages are due to BAC Home  Loans Servicing, however, said creditor has filed a secured proof of claim which lists arrearages in the amount of $34,528.25.  The Trustee requests that Debtors' counsel amend the plan to provide for these arrearages, or, in the alternative, file an objection to said claim.

4. Paragraph 11 of the amended plan indicates the lien held by Bac Home Loans Servicing shall be voided.  The Trustee requests that Debtors' Notice and Motion to Avoid Lien be filed and resolved prior to confirmation.

5. The Trustee requests copies of Debtors' payment advices received in the last six months prior to the filing of the Bankruptcy (September 2009 through February 2010), or, in the alternative, a Debtors' declaration that details why pay advices cannot be provided.

6. Schedule J lists an expense of $319.00 a month for "Alimony, maintenance, and support paid to others". The Trustee requests verification of said expense.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: October 7, 2010                    DAVID BURCHARD
                                          DAVID BURCHARD, Chapter 13 Trustee


## Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

BILLY LYNN and DEANNA LYNN ARMS          DANIEL B. BECK
226 MARGIE DR                            BECK LAW, P.C.
WILLITS, CA 95490                        2681 CLEVELAND AVE.
                                         SANTA ROSA, CA 95403

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104


Dated: October 7, 2010                    DENIZ BRIDGMAN
                                          DENIZ BRIDGMAN